**Order entered February 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** appellant's February 23, 2014 motion to reconsider our previous orders denying appellant's motion for appointment of counsel. This Court adopted the trial court's findings that appellant is not indigent and has denied previous motions to reconsider. The Court will not entertain any further motions to reconsider our orders regarding appointment of counsel. Appellant must either retain counsel or file her own brief.

On January 7, 2014, this Court ordered appellant to file her brief within thirty days or the appeal would be submitted without briefs. Therefore, appellant's brief is due by February 6, 2014. If appellant does not file her brief in accordance with this Court's January 7, 2014 order, the appeal will be submitted without briefs without further notice. *See* TEX. R. APP. P. 38.8(b), *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Joyce Charboneau and John Rolater, Collin County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE